## Second District.

J. A. Kyler, appellee, v. L. W. Loptien, appellant. Gen. No. 9,261.

Opinion filed December 2, 1937. Rehearing denied January 10, 1938.

Castle & Anderson, for appellant. Ross E. Millet and John J. Faissler, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Nelle Sisney, appellee, v. Minnie Wallk, trading as Wallk's Furniture House, appellant. Gen. No. 9,242.

Opinion filed December 2, 1937. Rehearing denied January 10, 1938.

Hunter, Kavanagh & McLaughlin, for appellant. Champion & Gaskins, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Clara Reid, appellee, v. City of Belvidere, appellant. Gen. No. 9,245.

Opinion filed January 21, 1938.

Albert S. O'Sullivan, Corporation Counsel, for appellant. Alexander J. Strom and Owen M. Johnson, for appellee.

Mr. Presiding Justice Dove delivered the opinion of the court.

Ina Bain, appellee, v. Fred Bain, appellant. Gen. No. 9,249.

Opinion filed January 21, 1938.

Karl C. Williams, for appellant; Burrell & Burrell and J. Phillip Dunn, of counsel. North Gibboney & North, for appellee.

Mr. Presiding Justice Dove delivered the opinion of the court.